02D01-2304-CT-000259

USDC IN/ND case 1:23-cv-00192-HAB-SLC   document 5   filed 04/06/23   page 1 of 2

Filed: 4/6/2023 9:42 AM
Clerk
Allen County, Indiana
DM

Allen Superior Court 1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

HAL C. HOSSINGER,                )
                                 )
          Plaintiff,             )
                                 )
vs.                              )
                                 )
LOWE'S HOME CENTERS, LLC,        )
d/b/a LOWE'S,                    )
                                 )
          Defendant.             )

## COMPLAINT FOR DAMAGES

Plaintiff, Hal C. Hossinger, for his first claim for relief states:

1. On April 13, 2021, Plaintiff, Hal C. Hossinger, was an invitee on the premises of the Defendant, Lowe's Home Centers, LLC, d/b/a Lowe's, located at 6931 North Lima Road, in the city of Fort Wayne, Allen County, Indiana, when he tripped and fell over a cable securing lawn mowers.

2. The injuries and damages were the responsible result of the carelessness and negligence of agents and/or employees of the Defendant, Lowe's Home Centers, LLC, d/b/a Lowe's, for failing to properly inspect and maintain its property in a safe condition.

3. As a result of the incident, Plaintiff, Hal C. Hossinger, sustained serious physical injuries which may be permanent and suffered and continues to suffer physical and mental pain.

4. As a responsible result of the fall, the Plaintiff, Hal C. Hossinger, incurred hospital and medical expenses, and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

5. Defendant, Lowe's Home Centers, LLC, d/b/a Lowe's, is vicariously liable for the careless and negligent acts of its agents and/or employees while in the course and scope of their agency

and/or employment at the time of the subject incident.

WHEREFORE, Plaintiff, Hal C. Hossinger, demands judgment against Defendant, Lowe's Home Centers, LLC d/b/a Lowe's, in an amount that will reasonably compensate him for the injuries and damages that he sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

*/s/ R.T. Green*

R.T. Green (7279-03)
Collin W. Green (33781-49)
Letha A. Maier (34371-29)
*Attorneys for Plaintiff*
**Team Green Law**
6602 East 75th Street
Suite 505
Indianapolis, IN 46250
Telephone: (317) 489-4700